# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**Case No.:** CV 04-1067      **Date of Proceeding:** 8/24/05

**Case Title:** Garcia-Plascencia v Ashcroft, et al.

**Presiding Judge:** Owen M. Panner      **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None      **Tape No:**

**DOCKET ENTRY:**

Record of Order: Motion for Temporary Restraining Order (#3) is denied as moot.

**PLAINTIFF'S COUNSEL**      **DEFENDANT'S COUNSEL**

cc: { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

Civil Minutes      Honorable Owen M. Panner